IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00379-CR

 

Ronald Holoman,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 12th District Court

Walker County, Texas

Trial Court No. 23116

 



ABATEMENT ORDER










 

            Appellant’s
brief is overdue in this appeal.  

 

            Therefore, we abate this appeal to the
trial court to conduct a hearing within 30 days of the date of this Order
pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  Tex. R. App. P. 38.8(b)(2), (3).

            Supplemental Clerk’s and Reporter’s Records
are ordered to be filed within 45 days of the date of this Order.  See id.

 

                                                                        PER
CURIAM

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
abated

Order
issued and filed December 12, 2007

Do
not publish






160;                                                                PER CURIAM
Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Appeal dismissed
Opinion delivered and filed March 3, 2004
[CV06]